UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTEN BIEL,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>ST. JAMES SCHOOL, A CORP., a California non-profit corporation; et al.,<br><br>   Defendants - Appellees. | No. 17-55180<br><br>D.C. No. 2:15-cv-04248-TJH-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

  The amicus brief submitted by U.S. Equal Employment Opportunity Commission on September 27, 2017 is filed.

  Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the File a Document - CM/ECF link.

  The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or CM/ECF.

  The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT

                                                By: Gabriela Van Allen
                                                Deputy Clerk
                                                Ninth Circuit Rule 27-7