UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KRISTEN BIEL, | No. 17-55180 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:15-cv-04248-TJH-AS |
| v. | Central District of California, Los Angeles |
| ST. JAMES SCHOOL, A CORP., a California non-profit corporation; et al., | ORDER |
| Defendants-Appellees. | |

Before: FISHER,[*] WATFORD, and FRIEDLAND, Circuit Judges.

Defendant-Appellee St. James Catholic School's motion for an extension of time within which to file a petition for rehearing and/or a petition for rehearing en banc is **GRANTED**. Any such petition shall be filed no later than January 22, 2019.

---

[*] The Honorable D. Michael Fisher, United States Circuit Judge for the U.S. Court of Appeals for the Third Circuit, sitting by designation.